United States v. Jonathan Rodriguez
1:03-CR-191
**ORDER OF DETENTION PENDING REVOCATION HEARING**
Page 2.


**Alternate Findings (B) -** (continued)

used in connection with growing marijuana). The person to whom defendant sent pictures of the grow operation, with whom the defendant had been associating with previously, is a convicted drug dealer who is currently an absconder from federal supervised release in our district.

Defendant was in a halfway house for approximately 3 months and was released in September 2011. In October, failed to appear for another urinalysis and blood test.